# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TAVIA WAGNER,                 CASE No.: 6:25-cv-02240-GAP-DCI
    Plaintiff,

vs.

DENO DIKEOU TRUST, and
BURGER VAULT, LLC, d/b/a
BURGER VAULT,
    Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Tavia Wagner, by and through the undersigned counsel, hereby files this Notice of Voluntary Dismissal with Prejudice of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**Dated: December 5, 2025**

                                            By: /s/ Anthony T. Litsch III
                                            Anthony T. Litsch III
                                            Physical Address
                                            328 N. Ridgewood Avenue, Suite #9
                                            Edgewater, FL 32132
                                            Mailing Address
                                            301 Mission Drive #1241 (must include #)
                                            New Smyrna Beach, FL 32168
                                            Phone: (386) 409-7252
                                            Email: bb_litsch4@att.net
                                            Email: anthonytlitschiii@gmail.com
                                            Florida Bar #0084437
                                            Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

<div style="margin-left:40%">

By: /s/Anthony T. Litsch III
Anthony T. Litsch III
Physical Address
328 N. Ridgewood Avenue, Suite #9
Edgewater, FL 32132
Mailing Address
301 Mission Drive #1241 (must include #)
New Smyrna Beach, FL 32168
Phone: (386) 409-7252
Email: bb_litsch4@att.net
Email: anthonytlitschiii@gmail.com
Florida Bar #0084437
Attorney for Plaintiff

</div>