# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TAVIA WAGNER,

        Plaintiff,

v.                          Case No:   6:25-cv-2240-GAP-DCI

DENO DIKEOU TRUST and
BURGER VAULT LLC,

        Defendants

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 9), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on December 8, 2025.

                                      GREGORY A. PRESNELL
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties